UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LOUIS GENUSA

VERSUS

ASBESTOS CORPORATION LIMITED,
ET AL.

CIVIL ACTION

NO. 13-794-JJB-RLB

## RULING AFFIRMING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

This matter is before the court on the Plaintiff Louis Genusa's Motion (doc. 9) to Sever and Remand. In his Report and Recommendations (doc. 80), the Magistrate Judge found that the motion to sever and remand should be granted, with this Court retaining jurisdiction over the Defendant Baton Rouge Marine Contractors, Inc.'s claims against International Longshoreman's Association ("ILA"), AFL-CIO, South Atlantic & Gulf Coast District, ILA, AFL-CIO, and Local 3033, ILA, AFL-CIO. Subsequently, multiple objections were filed. (Docs. 82, 83, 85, 88).

After reviewing the Report and Recommendations and the parties' respective briefings on the matter, the Court hereby **AFFIRMS** and **ADOPTS** the Magistrate Judge's Report and Recommendations (doc. 80). Consistent with it, the Court declines to exercise supplemental jurisdiction over the relevant claims pursuant to 28 U.S.C. § 1367(c). Accordingly, the Court **GRANTS** the Plaintiff Louis Genusa's Motion (doc. 9) to Sever and Remand. The Court **SEVERS** all of Plaintiff Louis Genusa's claims against the defendants, as well as Baton Rouge Marine Contractors, Inc.'s third-party claims against McKoin Trucking. Furthermore, the Clerk of Court's office shall **TERMINATE** Documents 19, 20, 32, 38, 42, 43, and 52, as they are now moot.

Signed in Baton Rouge, Louisiana, on May 8, 2014.

 

**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**